GERALD STEVEN KOSIROG JR.

**FILED**

Plantiff

MAY 2 6 2023

VS

4:23 CV 489 SDJ/CAN

Clerk, U.S. District Court
Eastern District of Texas

DENTON POLICE DEPARTMEN OR DPD/City OF DENTON

DEFENDANT/DEFENDANTS    362ND COURT

I THE PLANTIFF GERALD STEVEN KOSIROG JR OF SOUND MIND AND BODY WISH TO BRING FORTH BEFORE THE COURT A DECLARATION OF REDRESS PURSUIENT TO PID NO. 3783387 CAUSE NO. F22-575-158 CHARGE FAILURE TO REGISTER AS SEX OFFENDER (SEE ATTACHED) THE DEFENDANTS **DPD** AND **THE CITY OF DENTON** FOR SLANDER FALSE IMPRISONMENT. THIS SUIT COMES TO A SIMPLE MATTER OF JURISDICTION AND DOUBLE JEOPARDY. I MEAN TO BRING BEFORE THE COURT A **SIMPLE** MATTER THAT IS THE SIGNING OF A JUDGMENT OR PLEADING AND THAT IS THE ORDER OF A COURT ALL CONDITIONS ARE TO FOLLOW THE LETTER OF THE LAW THE FINIAL JUDGMENT AND ORDERS OF THE COURT AS FOR PERSAID READ OF SAID ATTACHED BILL IS WITHOUT MERIT FOR THE ORDER OF THE COURT OF WILLIAMSON COUNTY AS WELL AS THAT OF MAURY COUNTY

TENNESSEE STATE THAT UPON
COMPLEATION OF MY SENTENCE I WILL
BE REQUIRED BY LAW TO REPORT TO
TENNESSEE DEPARTMENT OR TBI
WHICH IS TENNESSEE BUREAU OF
INVESTIGATION, I AM NON APPlICABLE
FOR ENLISTMENT FOR THE FBI REGISTRY.
I ONLY AM REQUIRED TO REGISTER IN
TENNESSEE NOT TEXAS OR ANY OTHER STATE
THEREOF. THEREFOR I HAVE NOT VIOLATED
CHAPTER 62, OF THE TEXAS CODE OF CRIMINAL
PROCEDURE OR ARTICLE 62.051. AS FOR
DOUBLE JEOPARDY I HAVE A WARNT IN
TENNESSEE FOR THE SAME OFFENCE SO
THIS OUTSIDE THE JURISDICTION OF
TEXAS AND DPD AND THE CITY OF DENTON
MAKING SAID CHARGE SLANDER AS
WELL AS FALSE IMPRISONMENT. SO
PERSUENT TO MY SEVENTH AMENDMENT
TRIAL BY JURY IN CIVIL CASES I CHOOSE
TO EXERCISE SAID RIGHT. I AM INDIGENT
AND WITHOUT LEGAL AID.

MAY/16/2023     GERALD STEVEN KOSIROG JR