IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GERALD STEVEN KOSIROG, JR., | § |
| | § |
| VS. | § |
| | § CIVIL CASE NO. 4:23-CV-489 |
| DENTON POLICE DEPT., *et al.*, | § |

## FINAL JUDGMENT

The Court has considered Plaintiff's complaint and rendered its decision by its Order of Dismissal issued this date. Therefore, it is **ORDERED** the case is **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 1st day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE